## FOR THE DISTRICT OF MARYLAND
## BALTIMORE DIVISION

| | |
|---|---|
| **RONALD L. BRADLEY, JR.** | * |
| | * |
| *Plaintiff,* | |
| | * |
| v. | |
| | *Civil Action No.: 11-2710 |
| **F&C, LLC,** | * |
| *doing business as* **PONCABIRD PUB** | |
| | * |
| and | * |
| | |
| **JOHN DOE 1 thru 10,** | * |
| | |
| *Defendants.* | * |

*    *    *    *    *    *    *    *    *    *    *    *    *

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff dismisses this action with prejudice.

Dated:  November 2, 2011                Respectfully Submitted,


            /s/ E. David Hoskins
E. David Hoskins, Bar No. 06705
LAW OFFICES OF E. DAVID HOSKINS, LLC
Quadrangle Building at Cross Keys
2 Hamill Road, Ste. 362
Baltimore, Maryland  21210
(410) 662-6500 (Tel.)
(410) 662-7800 (Fax)
*dhoskins@hoskinslaw.com*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 2nd day of November, 2011, a copy of the foregoing was served via e-mail on the following:

           Michael E. Blumenfeld, Esquire
           Miles & Stockbridge, P.C.
           10 Light Street
           Baltimore, Maryland  21202


This 2nd day of November, 2011.           ___*/s/ E. David Hoskins*_____